UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHANTEL ARNOLD                                          CIVIL ACTION

VERSUS                                                  NO. 22-3332

JULIO ALVARADO, ET AL.                                  SECTION "E" (3)

## TRIAL TIME SHEET

## TUESDAY, MARCH 18, 2025

|  | TIME USED: | TIME REMAINING: |
|---|---|---|
| Shantel Arnold | 272 | 167 |
| Julio Alvarado, et al. | 118 | 409 |

_____
Counsel for Shantel Arnold


_____
Counsel for Julio Alvarado and Joseph Lopinto, III