MINUTE ENTRY
MORGAN, J.
MARCH 19, 2025

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANTEL ARNOLD | CIVIL ACTION |
| VERSUS | NO. 22-3332 |
| JULIO ALVARADO, ET AL. | SECTION "E" (3) |

### JUDGE SUSIE MORGAN, PRESIDING

**WEDNESDAY, MARCH 19, 2025 (8:35 a.m. – 5:20 p.m.)**

COURTROOM DEPUTY:  Brad Newell
COURT REPORTER:  Karen Ibos

APPEARANCES:  Gary M. Carter, Jr., and Sierra C. Ambrose for the Plaintiff

Frank L. Zibilich, Jeffrey D. Martiny, and James B. Mullaly for the Defendants

**JURY TRIAL**

Continued from March 18, 2025.

Jury returned to the courtroom.

    Witnesses called by the plaintiff and placed under oath:
    Testimony of Dr. W. Lloyd Grafton resumed;

    Witnesses called out of turn by the defendants and placed under oath:
    Dr. Najeeb Thomas an expert in the field of Neurosurgery;

    Witnesses called by the plaintiff and placed under oath:
    Frank Guttuso;

Jury removed from courtroom.

Court recessed at 11:54 a.m. and resumed at 12:57 p.m.

Jury returned to the courtroom.

Witnesses called by the plaintiff and placed under oath:
Dr. Kristin Samuelson, accepted by the Court as an expert in the field of Trauma Related Psychology and Neurocognitive Functioning;
Sheriff Joseph P. Lopinto, III;

Out of the presence of the jury, the Court allocated an additional 60 minutes of time to both parties for the presentation of evidence.

Plaintiff rests.

Jury removed from courtroom.

Motion on behalf of <u>Defendants</u> for <u>Judgment as a Matter of Law</u>: For the reasons orally stated, the Court **DEFERRED RULING** the Defendants' motion.

Jury returned to the courtroom.

Witnesses called by the defendants and placed under oath:
Julio Alvarado;
Kerry Najolia;

Jury recessed at 5:06 p.m. until March 20, 2025, at 8:30 a.m.

Parties made arguments regarding Kerry Najolia's expert qualifications.

Charge conference held with regards to Jury Instructions and Jury Verdict Form.

Court adjourned at 5:20 p.m.

JS-10: 07:46