MINUTE ENTRY
MORGAN, J.
MARCH 20, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANTEL ARNOLD | CIVIL ACTION |
| VERSUS | NO. 22-3332 |
| JULIO ALVARADO, ET AL. | SECTION "E" (3) |

JUDGE SUSIE MORGAN, PRESIDING

**THURSDAY, MARCH 20, 2025 (8:45 a.m. – 8:48 p.m.)**

COURTROOM DEPUTY:   Brad Newell
COURT REPORTER:     Karen Ibos

APPEARANCES:        Gary M. Carter, Jr., and Sierra C. Ambrose for the Plaintiff

                    Frank L. Zibilich, Jeffrey D. Martiny, and James B. Mullaly for the Defendants

**JURY TRIAL**

Continued from March 19, 2025.

Parties present and ready.

Counsel informed the Court that a settlement was reached in the matter. Terms of settlement placed on the record.

The Court will issue an Order of Dismissal.

Clerk contacted jurors to advise that the case was resolved and that they were excused from further service in the matter.

Court adjourned at 8:48 a.m.

JS-10: 00:03