# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHANTEL ARNOLD,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-3332** |
| **JULIO ALVARADO, ET AL.,**<br>    **Defendants** | **SECTION: "E" (3)** |

## ORDER

**IT IS ORDERED** that the Defendants are directed to pay the outstanding jury fees in this matter on or before **May 15, 2025.**

New Orleans, Louisiana, this 15th day of April, 2025.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**